IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08cr33DCB-JCS

LUTHER M. VINE

ORDER DISMISSING INDICTMENT

BY LEAVE OF COURT endorsed hereupon, the Court grants the government's motion to dismiss the indictment with prejudice.

SO ORDERED, this the   22nd   day of September, 2009.

  s/ David Bramlette
DAVID B. BRAMLETTE, III
United States District Judge